IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 15-06004-08-DGK |
| ) | |
| GABRIEL RUIZ-SALAZAR, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO JOIN

COMES NOW Defendant and moves the Court for its Order allowing him to join in the request to continue trial setting Document 268 filed by defendant Sabrena Lynn Morgan. The motion filed by Defendant Morgan inaccurately reflects the position of Defendant Gabriel Ruiz-Salazar. Counsel indicated that he needed time to be able to speak with Defendant before stating a position on the motion. Counsel has fully advised Defendant Ruiz-Salazar and it is his desire to join in the request to continue the case.

WHEREFORE, Defendant moves the Court for its Order allowing him to join in the request to continue filed in Document 268.

1

Respectfully Submitted,

/s/ Mark A. Thomason
Mark A. Thomason, #56489
Law Office of Mark Thomason
929 Walnut St 101
Kansas City, MO 64106
816.229.8686 / 816.229.9494 fax
mthomasonlaw@yahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Mark A. Thomason
*Counsel for Defendant*